CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Marco Antonio Urbina-Reyes**<br>YOB: 1974; Citizen of Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-04951MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 21, 2023, at or near Lukeville, in the District of Arizona, **Marco Antonio Urbina-Reyes**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Memphis, Tennessee on September 18, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Marco Antonio Urbina-Reyes** is a citizen of Honduras. On September 18, 2023, **Marco Antonio Urbina-Reyes** was lawfully denied admission, excluded, deported and removed from the United States through Memphis, Tennessee. On December 21, 2023, agents found **Marco Antonio Urbina-Reyes** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Marco Antonio Urbina-Reyes** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br><br>**OFFICIAL TITLE**<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| **Sworn by telephone** _x_ | |
| **SIGNATURE OF MAGISTRATE JUDGE[1)]** | **DATE**<br>December 22, 2023 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins