**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 24-00223-TUC-RM(EJM) |
|        Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Marco Antonio Urbina-Reyes, | |
|        Defendant. | |

Pending before the Court is a Motion to Dismiss Indictment with Prejudice filed by defendant Marco Antonio Urbina-Reyes (Doc. 10). The Indictment charges the defendant with the felony offense of Reentry of a Removed Alien, in violation of 18 U.S.C. §1326.   The defendant argues that the Indictment should be dismissed because he has not been previously removed from the United States.  Rather, the government has disclosed documents to the defense that confirm that the defendant was granted a Voluntary Departure from the United States and left the United States at his own expense.

The government's response to the motion was due on February 7, 2024.   The government did not file a motion to extend the response date and has not filed a response. In the absence of any evidence to the contrary, this Court concludes that either the government agrees with the defendant's argument in support of dismissal or, for some other reason, does not object to dismissal.

## RECOMMENDATION

For the foregoing reasons, the Magistrate Judge recommends that the District Judge grant the Defendant's Motion to Dismiss Indictment with Prejudice (Doc. 10).

Pursuant to 28 U.S.C. §636(b) and Rule 59(b)(2) of the Federal Rules of Criminal Procedure, any party may serve and file written objections within fourteen (14) days after being served with a copy of this Report and Recommendation.  No reply shall be filed unless leave is granted from the District Court.  If objections are filed, the parties should use the following case number: **CR 24-00223-TUC-RM.**

Failure to file timely objections to any factual or legal determination of the Magistrate Judge in accordance with Fed. R. Crim. P. 59 may result in waiver of the right of review.

Dated this 12th day of February, 2024.

Eric J. Markovich
United States Magistrate Judge